**STALWART LAW GROUP**
Dylan Ruga (DR1308)
41 East 11th Street, 11th Fl.
New York, New York 10003
Phone: (212) 651-9070
Email: dylan@stalwartlaw.com

*Attorneys for Plaintiffs and Proposed Class Representatives*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/1/19

-------------------------------------------------------------- X
KEVIN SHULMAN and CARAN ROSS, in their  | Civil Action No. 18-cv-8125-VM-JLC
capacities as co-trustees of the FLORENCE |
SHULMAN POUROVER TRUST; and ESTELLE | **NOTICE OF DISMISSAL**
HARWOOD, individually and in her capacity as |
trustee of the ESTELLE HARWOOD | [FRCP 41(a)(1)(A)]
REVOCABLE TRUST; on behalf of themselves |
and all others similarly situated, |
|
Plaintiff, |
|
-against- |
|
HELEN DAVIS CHAITMAN |
|
Defendant. |
|
-------------------------------------------------------------- X
-

- 1 -

TO THE HONORABLE COURT:

PLEASE TAKE NOTICE that, pursuant to Rule 41(a)(1)(A) of the Federal Rules of Civil

Procedure, plaintiffs hereby dismiss this action because defendant Helen Davis Chaitman will be

added as a named defendant in Case No. 17-cv-9330-VM-JLC.

Dated: July 31, 2019                         *Respectfully submitted,*
                                             **STALWART LAW GROUP**

                                             Dylan Ruga (DR1308)
                                             41 East 11th Street, 11th Fl.
                                             New York, New York 10003
                                             Phone: (212) 651-9070
                                             Email: dylan@stalwartlaw.com

                                             *Attorneys for Plaintiffs and Proposed Class*
                                             *Representatives*

---

**SO ORDERED.**

8-1-19

DATE          VICTOR MARRERO, U.S.D.J.